IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BUTLER ANIMAL HEALTH HOLDING COMPANY LLC and BUTLER ANIMAL HEALTH SUPPLY, LLC D/B/A HENRY SCHEIN ANIMAL HEALTH,<br><br>Plaintiffs,<br><br>v.<br><br>FRANCIS DIRKSMEIER<br><br>Defendant. | C.A. No. 1:19-cv-01012 (RGA) |

## AGREED ORDER TO TRANSFER VENUE

Whereas, Plaintiffs and Defendant agree, as evidence by the signatures of their respective counsel below, that this case should be transferred to the United States District Court for the Southern District of Ohio, Eastern Division, so that it may be consolidated with *Butler Animal Health Holding Company, LLC, et al v. Performance Health Holdings, Inc.*, Case No.: 2:19-cv-02306, and

Whereas, in the interests of justice, this action should be transferred to the United States District Court for the Southern District of Ohio, Eastern Division, pursuant to 28 U.S.C. § 1404(a); therefore

It is ORDERED that this case be transferred to the United States District Court for the Southern District of Ohio, Eastern Division.

ENTERED this 23 day of August 2019.

_/s/ Richard G. Andrews_
JUDGE

Approved for entry:

*/s/ Dean J. Shauger*
Dean J. Shauger (#6204)
OGLETREE, DEAKINS, NASH, SMOAK & STEWART
1735 Market Street, Suite 3000
Philadelphia, PA 19103
Telephone: (215) 995-2800
Dean.shauger@ogletreedeakins.com

Bruce G. Hearey (OH #0009087)
*pro hac vice* pending
Cara L. Staley Rafferty (OH #0078002)
*pro hac vice* pending
OGLETREE, DEAKINS, NASH, SMOAK & STEWART
127 Public Square, Suite 4100
Cleveland, OH 44114
Telephone: (216) 357-4734
bruce.hearey@ogletree.com
cara.staleyrafferty@ogletree.com

*Attorneys for Plaintiffs Butler Animal Health
Holding Company, LLC and Butler Animal
Health Supply, LLC d/b/a Henry Schein Animal Health*


*/s/ D. Measley McKinley*
D. Measley McKinley (#5108)
Corinne R. Moini (#6510)
MORRIS NICHOLS ARSHT & TUNNELL LLP
1201 North Market Street, 16th Floor
Wilmington, Delaware 19801
Telephone: 302-658-9200
dmeasley@mnat.com
cmoini@mnat.com

Robert W. Horton (BPR # 017417)
*pro hac vice*
Laura M. Mallory (BPR # 031917)
*pro hac vice*
BASS, BERRY & SIMS PLC
150 Third Avenue, South, Suite 2800
Nashville, Tennessee 37201
Telephone: 615.742.6200
Facsimile: 615.742.2799
rhorton@bassberry.com

2

laura.mallory@bassberry.com

*Attorneys for Defendant Francis Dirksmeier*